# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Trevor Carmean,

Plaintiff(s),

v.

850 Investors LLC et al,

Defendant(s).

Case No. 20 C 5294
Judge Gary Feineman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendants Crown Energy Services, Inc., and Bozzuto Management Company, and against Plaintiff Trevor Carmean. Plaintiff's claims are dismissed without prejudice, and he shall take no relief.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 6/15/2021                           Thomas G. Bruton, Clerk of Court

                                          /s/ Jackie Deanes , Deputy Clerk