# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 7, 2021

*By the Court*:

| | |
|---|---|
| No. 21-2295 | TREVOR CARMEAN, on behalf of himself and all others similarly situated,<br>        Plaintiff - Appellant<br><br>v.<br><br>BOZZUTO MANAGEMENT COMPANY and CROWN ENERGY SERVICES, INC., doing business as ABLE ENGINEERING SERVICES,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-05294<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

Upon consideration of the **PLAINTIFF-APPELLANT'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**, filed on October 6, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)