# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

October 7, 2021

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 21-2295 | TREVOR CARMEAN, on behalf of himself and all others similarly situated,<br>      Plaintiff - Appellant<br><br>v.<br><br>BOZZUTO MANAGEMENT COMPANY and CROWN ENERGY SERVICES, INC., doing business as ABLE ENGINEERING SERVICES,<br>      Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-05294<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                                F.R.A.P. 42(b)

STATUS OF THE RECORD:                                             no record to be returned

form name: c7_Mandate     (form ID: 135)